1  Anthony M. Keats (Bar No. 123672)
   akeats@kmwlaw.com
2  David K. Caplan (Bar No. 181174)
   dcaplan@kmwlaw.com
3  Konrad K. Gatien (Bar No. 221770)
   kgatien@kmwlaw.com
4  KEATS McFARLAND & WILSON LLP
   9720 Wilshire Boulevard
5  Penthouse Suite
   Beverly Hills, California 90212
6  Telephone: (310) 248-3830
   Facsimile: (310) 860-0363
7
8  Attorneys for Plaintiffs
   LOUIS VUITTON MALLETIER, S.A., AND
9  CHRISTIAN DIOR COUTURE, S.A.

10

11

12                  UNITED STATES DISTRICT COURT

13                 CENTRAL DISTRICT OF CALIFORNIA

14                        WESTERN DIVISION

15  LOUIS VUITTON MALLETIER,          Case No.: CV 10-01678-RGK (SSx)
    S.A.; and CHRISTIAN DIOR
16  COUTURE, S.A.,

17               Plaintiffs,          [PROPOSED] JUDGMENT AGAINST
                                      DEFENDANTS NEO
18          v.                        INTERNATIONAL CORPORATION
                                      D/B/A NEO HANDBAGS AND
19  NEO INTERNATIONAL                 SIDONG A. PARK A/K/A SI DONG
    CORPORATION, a California         PARK
20  corporation doing business as NEO
    HANDBAGS; SIDONG A. PARK, aka
21  SI DONG PARK, an individual; and
    JOHN DOES 1-10,
22
23               Defendants.
24
25
26
27
28

1    The Motion for Summary Judgment (hereinafter "Plaintiffs' Motion") as to

2  Defendants Neo International Corporation, doing business as Neo Handbags and

3  Sidong A. Park, also known as Si Dong Park ("Defendants") of Plaintiffs Louis

4  Vuitton Malletier, S.A. and Christian Dior Couture, S.A. ("Plaintiffs"), was taken

5  under submission by the Court on January 27, 2011.

6    On consideration of all of the evidence set forth in all of the pleadings, motion

7  papers and other documents filed herein:

8    IT IS ORDERED AND ADJUDGED that the Motion be GRANTED.

9    The evidence establishes that Defendants distributed, advertised, offered for

10  sale and sold unauthorized merchandise bearing counterfeits and infringements of

11  Louis Vuitton's trademarks and Christian Dior's trademarks resulting in trademark

12  counterfeiting, trademark infringement, false designation of origin, and federal and

13  state unfair competition.

14    Specifically, Defendants sold goods bearing counterfeits of Plaintiffs' federally

15  registered trademarks, specifically:

16    a.    Handbags bearing Louis Vuitton Malletier, S.A.'s "Damier" design

17        trademark (Reg. No. 2,421,618);

18    b.    Wallets bearing Louis Vuitton Malletier, S.A.'s "Damier" design

19        trademark (Reg. No. 3,576,404)

20    c.    Handbags bearing Louis Vuitton Malletier, S.A.'s "Trunks & Bags

21        Logo" design trademark (Reg. No. 3,531,297); and

22    d.    Handbags bearing Christian Dior Couture, S.A.'s "Cannage"

23        design trademark (Reg. No. 1,776,536).

24  Plaintiffs are therefore awarded

25    1.    Statutory damages in favor of Plaintiff Louis Vuitton Malletier, S.A., in

26        the amount of $1,500,000.00; and

27    2.    Statutory damages in favor of Plaintiff Christian Dior Couture, S.A., in

28

-1-

1          the amount of $500,000.00.

2          IT IS FURTHER ORDERED AND ADJUDGED that Defendants and their

3     agents, servants, employees, representatives, and all other persons, firms, or

4     corporations in active concert, privity, or participation with Defendants who receive

5     actual notice of this Judgment, are hereby immediately and permanently enjoined

6     throughout the world from:

7                    (a)    directly or indirectly infringing the Louis Vuitton and Christian

8                           Dior Trademarks as described below, including generally, but not

9                           limited to, manufacturing, importing, copying, distributing,

10                          advertising, selling, and/or offering for sale any merchandise

11                          which infringes Plaintiffs' trademark rights, and specifically

12                          manufacturing, distributing, advertising, selling, and/or offering for

13                          sale the products described in the pleadings and motion papers

14                          filed in this case, namely women's handbags and wallets bearing

15                          counterfeits and/or infringements of the Louis Vuitton or Christian

16                          Dior Trademarks, or any other unauthorized products, which

17                          picture, reproduce, or utilize the likenesses of or which copy or

18                          bear a substantial similarity to any of the Louis Vuitton or

19                          Christian Dior Trademarks;

20                   (b)    engaging in any conduct that tends to falsely represent that--or is

21                          likely to confuse, mislead, or deceive purchasers, Defendants'

22                          customers, and/or members of the public to believe that--the

23                          actions of Defendants, the products sold by Defendants, or

24                          Defendants themselves are connected with Louis Vuitton or

25                          Christian Dior, are sponsored, approved, or licensed by Louis

26                          Vuitton or Christian Dior, or is in some way connected or affiliated

27                          with Louis Vuitton or Christian Dior;

28

CASE NO.: CV 10-01678-RGK (SSx)
[PROPOSED] JUDGMENT AGAINST DEFENDANTS
NEO INT'L CORP. AND SIDONG A. PARK

(c)  affixing, applying, annexing, or using in connection with the manufacture, distribution, advertising, sale, and/or offering for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Louis Vuitton or Christian Dior;

(d)  diluting and infringing the Louis Vuitton or Christian Dior Trademarks and damaging Louis Vuitton's or Christian Dior's goodwill, reputation, and business;

(e)  assisting, aiding or abetting any other person or entity from engaging in performing any of the above-described acts;

(f)  effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (a)-(e) above.

The Louis Vuitton Trademarks are defined as the trademarks which are subject of the following trademark registrations (attached as Exhibit 1 hereto):

| Mark | Registration No. | Registration Date |
|------|------------------|-------------------|
| LV (and pattern design) | 297,594 | September 20, 1932 |
| Damier | 2,421,618 | January 16, 2001 |
| Damier | 3,576,404 | February 17, 2009 |
| Flower Design | 2,773,107 | October 14, 2003 |
| Trunks & Bags Logo | 3,531,297 | November 11, 2008 |

and the trade dress of Louis Vuitton's XL handbag which consists of the design and ornamentation of Louis Vuitton's XL handbag, including without limitation the total image and overall appearance reflected in such features as the size, shape, color

or color combinations, product design, texture, and selection and arrangement of materials and accessories.

The Christian Dior Trademarks are defined as the trademarks which are subject of the following trademark registrations (attached as Exhibit 2 hereto):

| Mark | Registration No. | Registration Date |
| --- | --- | --- |
| Cannage Design | 1,776,536 | June 15, 1993 |
| Christian Dior | 543,994 | June 19, 1951 |

and the trademarks and trade names DIOR and CD.

This Judgment shall be deemed to have been served upon Defendants at the time of its execution by the Court.

This Judgment shall be binding upon and inure to the benefit of the parties heirs, successors and assigns.

The Court expressly determines that there is no just reason for delay in entering this Judgment, and pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court directs entry of judgment against Defendants.

Dated: 04·08·11

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

KEATS McFARLAND & WILSON LLP

By : /s/
_____
Anthony M. Keats
Attorneys for Plaintiffs
LOUIS VUITTON MALLETIER, S.A., and
CHRISTIAN DIOR COUTURE, S.A.

-4-

CASE NO.: CV 10-01678-RGK (SSx)
[PROPOSED] JUDGMENT AGAINST DEFENDANTS
NEO INT'L CORP. AND SIDONG A. PARK